Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, #232313
 mjeffcoach@wtjlaw.com
8050 N. Palm Avenue, Suite 110
Fresno, California 93711
Telephone:    (559) 753-2550
Facsimile:     (559) 753-2560

Attorneys for ARROW CAPITAL SOLUTIONS,
INC., a Texas corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TULARE GOLF COURSE, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>VANTAGE TAG, INC., a Canadian business entity of unknown form; ARROW CAPITAL SOLUTIONS, INC., a Texas corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00505-NONE-SKO<br><br>**ORDER EXTENDING TIME FOR DEFENDANT ARROW CAPITAL SOLUTIONS, INC. TO FILE A RESPONSIVE PLEADING**<br><br>(Doc. 7) |

Currently before the Court is a stipulation to extend the time for Defendant Arrow Capital Solutions, Inc. to respond to the complaint (the "Stipulation").  (Doc. 7.)  Having reviewed the Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that Defendant Arrow Capital Solutions, Inc. shall file and serve its response to the complaint on or before May 21, 2021.

IT IS SO ORDERED.

Dated:   **April 29, 2021**                                   /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE

409.0 05546861.000

ORDER CONTINUING DATE TO FILE RESPONSIVE PLEADINGS TO ALLOW FOR MEET AND CONFER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28