Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, #232313
  mjeffcoach@wtjlaw.com
8050 N. Palm Avenue, Suite 110
Fresno, California 93711
Telephone:    (559) 753-2550
Facsimile:    (559) 753-2560

Attorneys for ARROW CAPITAL SOLUTIONS,
INC., a Texas corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TULARE GOLF COURSE, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>VANTAGE TAG, INC., a Canadian business entity of unknown form; ARROW CAPITAL SOLUTIONS, INC., a Texas corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00505-NONE-SKO<br><br>**ORDER CONTINUING DATE TO FILE RESPONSIVE PLEADINGS TO ALLOW FOR SETTLEMENT DISCUSSIONS**<br><br>**(Doc. 13)** |

Currently before the Court is a stipulation to extend the time for Defendant ARROW CAPITAL SOLUTIONS, INC. ("Defendant") to respond to the complaint to allow the parties the opportunity to explore settlement opportunities. (Doc. 13.)

Based upon the parties' consent to the amended deadlines as well as the limited extension sought, and in the interest of justice, the Court finds that the parties' request is warranted, and no prejudice will result.

///

///

///

Accordingly, IT IS HEREBY ORDERED that Defendant ARROW CAPITAL SOLUTIONS, INC. shall file and serve its response to the complaint on or before June 4, 2021.

IT IS SO ORDERED.

Dated: **May 24, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE