ASKOUNIS & DARCY, PC
Alex Darcy, Esq. (CSBA # 189315)
444 North Michigan Avenue
Suite 3270
Chicago, IL 60611
(312) 784-2400 Telephone
(312) 784-2410 Facsimile
adarcy@askounisdarcy.com

Attorney for Defendant, U.S. Bank Equipment Finance, a division of U.S. Bank National Association

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| TULARE GOLF COURSE, LLC, a California Limited Liability Company,  Plaintiff, <br><br> v. <br><br> VANTAGE TAG, INC., a Canadian Business entity of unknown form; ARROW CAPITAL SOLUTIONS, INC., a Texas corporation; U.S. BANK NATIONAL ASSOCIATION, a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:21-cv-00505-NONE-SKO <br><br> **ORDER EXTENDING TIME FOR DEFENDANT U.S. BANK EQUIPMENT FINANCE TO RESPOND TO COMPLAINT** <br><br> (Doc. 21) |

On June 16, 2021, Plaintiff Tulare Golf Course, LLC, and Defendant U.S. Bank Equipment Finance ("U.S. Bank") filed a stipulation requesting an extension of time for U.S. Bank to respond to Plaintiff's First Amended Complaint. (Doc. 21.) Pursuant to the parties' stipulation, and for good cause shown,

1

ORDER EXTENDING TIME FOR DEFENDANT U.S. BANK EQUIPMENT FINANCE
TO RESPOND TO COMPLAINT

1  IT IS HEREBY ORDERED that Defendant U.S. Bank Equipment Finance shall file its
2  response to the First Amended Complaint on or before July 15, 2021.
3
4
5  IT IS SO ORDERED.
6  Dated:  **June 17, 2021**                             /s/ *Sheila K. Oberto*
7                                                             UNITED STATES MAGISTRATE JUDGE