Leonard C. Herr, # 081896
Rhea Ikemiya, #267136
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Plaintiff, TULARE GOLF COURSE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TULARE GOLF COURSE, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>VANTAGE TAG, INC., a Canadian business entity of unknown form; ARROW CAPITAL SOLUTIONS, INC., a Texas corporation; U.S. BANK NATIONAL ASSOCIATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:21−CV−00505−NONE−SKO<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 20) |

Currently before the Court is the parties' Stipulation and Request to Continue the Mandatory Scheduling Conference (the "Stipulation"). (Doc. 20). The parties request to continue the Scheduling Conference, currently set for June 29, 2021 at 9:30 a.m., to permit time for appearances by Defendants U.S. BANK NATIONAL ASSOCIATION and VANTAGE TAG, INC., and an opportunity for all parties to participate in the preparation and submittal of a Joint Scheduling Report. Based upon the parties' Stipulation, and for good cause shown, the Court GRANTS the parties' request.

Accordingly, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference, currently set for June 29, 2021, is continued to August 3, 2021, at 9:30 a.m. in

HERR PEDERSEN & BERGLUND, LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE

Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.  The parties shall file their joint scheduling report by no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **June 17, 2021**                   /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

HERR PEDERSEN
& BERGLUND, LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**