UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULARE GOLF COURSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VANTAGE TAG, INC., et al.,<br><br>Defendants.<br><br>ARROW CAPITAL SOLUTIONS, INC.,<br><br>Cross-Claimant,<br><br>v.<br><br>VANTAGE TAG, INC.,<br><br>Cross-Defendant. | Case No. 1:21-cv-0505 JLT SKO<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS GRANTING THE MOTION TO DISMISS AND TERMINATING DEFENDANT ARROW CAPITAL SOLUTIONS, INC, AND CROSS-DEFENDANT VANTAGE TAG, INC.<br><br>(Docs. 38, 41) |

Tulare Golf Course filed a first amended complaint against Vantage Tag, Inc.; Arrow Capital Solutions, Inc.; and U.S. Bank National Association. (Doc. 11.) Arrow Capital Solutions filed an answer and a crossclaim against Vantage Tag. (Doc. 17.) Tulare Golf Course and Arrow Capital Solutions filed a request for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 38.) Specifically, Tulare Golf Course requests dismissal without prejudice of its complaint against Arrow Capital Solutions, and Arrow Capital Solutions requests dismissal

1

without prejudice of its cross-claim against Vantage Tag. (*See id.*)  U.S. Bank filed an opposition to the request. (Doc. 40.)

The assigned magistrate judge found the requested voluntary dismissals would not result in "prejudice to some legal interest, some legal claim, [or] some legal argument." (Doc. 41 at 3, 4, citing *Westlands Water Dist. v. United States*, 100 F.3d 94, 96 (9th Cir. 1996).)  Therefore, the magistrate judge recommended the Court grant Tulare Golf Course's request for dismissal without prejudice of its complaint against Arrow Capital Solutions, and Arrow Capital Solutions' request for dismissal without prejudice of its crossclaim against Vantage Tag. (*Id.* at 5.)

The Findings and Recommendations notified the parties that any objections were due within 14 days. (*Id.*)  The Court advised the parties that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendation are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued April 22, 2022 (Doc. 41), are **ADOPTED** in full.
2. Plaintiff Tulare Golf Course's request for dismissal without prejudice of its complaint against Defendant Arrow Capital Solutions (Doc. 38) is **GRANTED**.
3. Cross-Claimant Arrow Capital Solutions' request for dismissal without prejudice of its crossclaim against Cross-Defendant Vantage Tag (Doc. 38) is **GRANTED**.
4. The Clerk of Court is directed to update the docket and **TERMINATE** Arrow Capital Solutions, Inc., as both a defendant and cross-claimant, and Vantage Tag, Inc., as a cross-defendant only[1]; and

///

///

---

[1] Vantage Tag remains a defendant in Tulare Golf Course's action.

5. The case shall remain **OPEN** pending resolution of Tulare Golf Course's case against the remaining defendants.

IT IS SO ORDERED.

Dated:  **May 22, 2022**

UNITED STATES DISTRICT JUDGE