1   Leonard C. Herr, CSB No. 081896
    Merl Ledford III, CSB No. 082253
2   Monica A. Rast, CSB No.333183
    HERR PEDERSEN & BERGLUND LLP
3   Attorneys at Law
    100 Willow Plaza, Suite 300
4   Visalia, California  93291
    Telephone:  (559) 636-0200
5

6   Attorneys for Plaintiff, TULARE GOLF COURSE, LLC

7

8                   UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11  TULARE GOLF COURSE, LLC, a            Case No.: 1:21-CV-00505-JLT-SKO
    California Limited Liability
12  Company,                             **ORDER CONTINUING INITIAL
                                         SCHEDULING CONFERENCE**
13              Plaintiff,
          v.                             **(Doc. 43)**
14
    VANTAGE TAG, INC., a Canadian
15  business entity of unknown form;
    ARROW CAPITAL SOLUTIONS, INC.,
16  a Texas corporation; U.S. BANK
    NATIONAL ASSOCIATION, a
17  Delaware Corporation, and DOES 1
    through 10, inclusive,
18
                Defendants.
19

20

21       Currently before the Court is a stipulation and request to continue the

22  Initial Scheduling Conference scheduled to take place July 19, 2022, at 9:30 AM

23  in Department 7, to allow the Court's ruling on two motions pending before the

24  Court:

25      1.  Vantage Tag's Motion to Compel Arbitration; and

26      2.  U.S. Bank's Motion to Dismiss.

27

28

HERR PEDERSEN
& BERGLUND,  LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**

1   Based upon the parties' stipulation (Doc. 43), and in the interest of justice and

2   efficiency, the Court finds that the parties' request is warranted and no prejudice

3   will result.

4        Accordingly, the Initial Scheduling Conference is continued to **November**

5   **17, 2022, at 9:30 AM** before Magistrate Judge Sheila K. Oberto.   The parties

6   shall file their joint scheduling report seven days prior to the conference.

7

8   IT IS SO ORDERED.

9   Dated:   **July 12, 2022**                                   /s/ *Sheila K. Oberto*

10                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HERR PEDERSEN
& BERGLUND, LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**