DARCY & DEVASSY, PC
Alex Darcy, Esq. (CSBA # 189315)
444 North Michigan Avenue
Suite 3270
Chicago, IL 60611
(312) 784-2400 Telephone
(312) 784-2410 Facsimile
adarcy@darcydevassy.com

Attorney for Defendant, U.S. Bank Equipment Finance, a division of U.S. Bank National Association

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| TULARE GOLF COURSE, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>        v.<br><br>VANTAGE TAG, INC., a Canadian Business entity of unknown form; ARROW CAPITAL SOLUTIONS, INC., a Texas corporation; U.S. BANK NATIONAL ASSOCIATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 1:21-cv-00505-JLT-SKO<br><br>**ORDER EXTENDING TIME FOR DEFENDANT U.S. BANK EQUIPMENT FINANCE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>(Doc. 53) |

On March 9, 2023, Plaintiff Tulare Golf Course, LLC, and Defendant U.S. Bank Equipment Finance ("U.S. Bank") filed a stipulation requesting an extension of time for U.S. Bank to respond to Plaintiff's Second Amended Complaint. (Doc. 53.) Pursuant to the parties' stipulation, and for good cause shown,

1

IT IS HEREBY ORDERED that Defendant U.S. Bank shall file its response to the First Amended Complaint on or before March 24, 2023.

IT IS SO ORDERED.

Dated:   **March 10, 2023**                             /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE