1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 TULARE GOLF COURSE, LLC, *a California Limited Liability Company*, | Case Number. 1:21-cv-00505-JLT-SKO |
| 12 | **STIPULATION AND ORDER DISMISSING COMPLAINT AGAINST U.S. BANK NATIONAL ASSOCIATION AND CROSS-COMPLAINT OF U.S. BANK** |
| 13          Plaintiff, | |
| 14   v. | |
| 15 VANTAGE TAG, INC., *a Canadian business entity of unknown form*, et al. | (Doc. 89) |
| 16 | |
| 17          Defendants. | |

18        On November 7, 2025, the parties filed a Joint Stipulation of Dismissal with Prejudice as to

19   the Second Amended Complaint of Tulare Golf Course, LLC ("Tulare Golf") against U.S. Bank

20   National Association d/b/a U.S. Bank Equipment Finance ("U.S. Bank") and the Counter-

21   Complaint of U.S. Bank against Tulare Golf, pursuant to Federal Rule of Civil Procedure 41(a).

22   (Doc. 89.)

23        In relevant part, Rule 41(a)(1)(A) provides as follows:

24        [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of
         dismissal before the opposing party serves either an answer or a motion for
25        summary judgment; or (ii) a stipulation of dismissal signed by all parties who have
26        appeared.

27   Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

28

all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Defendant and Counter-Claimant U.S. Bank. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is directed to TERMINATE Defendant U.S. Bank.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining Defendant, Vantage Tag, Inc.

IT IS SO ORDERED.

Dated:   **November 12, 2025**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE